**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

CONSTANTINE VLAMAKIS,

    Plaintiff(s),

v.                                              Case No: 8:04-CV-1563-T-30TGW

JO ANNE BARNHART,
Commissioner of Social Security,

    Defendant(s).
_____/

**O R D E R**

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas Wilson (Dkt. #12). The Court notes that Plaintiff filed Objections (Dkt. #13) to the Report and Recommendation on July 6, 2005.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1) The Report and Recommendation of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) The decision of the Defendant Commissioner is AFFIRMED.

3) The Clerk is directed to enter judgment pursuant to Rule 58 in favor of the Defendant.

4) The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 11, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>**COPIES FURNISHED TO**</u>:
Counsel/Parties of Record

S:\Odd\2004\04-cv-1563.adoptionOrder.wpd